# Drummond *v.* Lamar.

## *Assumpsit.*

(Decided April 4, 1912.  58 South. 194.)

1. *Bills of Exceptions; Signing; Establishment.*—Where the judge who tried the case went out of office before the bill of exceptions was presented to him, and before the time had expired for the presentation of the bill to him, motion should have been made in this court under section 3022, Code 1907, to establish the bill of exceptions, as the successor of the judge could not sign the bill.

2. *Appeal and Error; Record; Affirmance.*—Where the transcript contains no proper bill of exceptions, and there are no errors assigned upon the record proper, the cause will be affirmed.

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. RAY.

Action by J. W. Drummond against Howard Lamar. Judgment for defendant and plaintiff appeals. Affirmed.

POWELL & POWELL, for appellant. Counsel discuss the assignments of error, with citation of authority, but do not discuss the points decided.

BANKHEAD & BANKHEAD, for appellee. Counsel insist that what purports to be a bill of exceptions cannot be so considered by the court, and that as there are no errors assigned on the record proper, the judgment should be affirmed.

SAYRE, J.—What purports to be a bill of exceptions in the record has never been signed by the judge who presided at the trial, nor has any effort been made to have it established. The judge before whom the trial was had went off the bench shortly thereafter. The bill was presented to his successor. Appellant's remedy was

to move to establish the bill on the next call of the division, as provided by section 3022 of the Code. No such step has been taken. There is no assignment of error upon the rulings on the pleadings. The judgment must be affirmed.

Affirmed.

DOWDELL, C. J., and SIMPSON, ANDERSON, and SOMER-VILLE, JJ., concur. McCLELLAN and MAYFIELD, JJ., not sitting.